IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : MAGISTRATE ACTION |
| | : NO. 12-1632 |
| v. | : |
| | : VIOLATION NOTICE |
| | : NO. 0933076  DUI |
| JILLIAN A. LACKOVIC | : |

## **O R D E R**

AND NOW, to wit, this 10th day of December, 2012, following a hearing in the above-captioned matter held on November 30, 2012, IT IS HEREBY ORDERED as follows:

1. Defendant entered a Guilty Plea;

2. Defendant shall pay a fine of Four Hundred ($400.00) Dollars and Court costs of Twenty-five ($25.00) Dollars, for a total of Four Hundred Twenty-five (425.00) Dollars

2. Defendant ordered to report to Pretrial Services for a period of not less than Six (6) Months and not more than Twelve (12) months, from the date of this order;

3. The Defendant shall submit to Drug and Alcohol testing as required by Pretrial Services;

4. The Defendant shall submit to Drug and Alcohol counseling as required by Pretrial Services;

5. Once the defendant has successfully completed Drug and Alcohol testing and counseling, the Pretrial Services may petition the Court for an Order Dismissing terminating the defendant's reporting period.

BY THE COURT:

/s/Jacob P. Hart

**JACOB P. HART**
**UNITED STATES MAGISTRATE JUDGE**